| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Lisa Khalifa** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–7739** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1–17–44941–ess** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Elizabeth S. Stong <br>
United States Bankruptcy Judge

Dated: February 8, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]